HARRISON v. LEWIS

No. 146 PC.

Case below: 15 N.C. App. 26.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 31 August 1972.


HAYMORE v. HIGHWAY COMM.

No. 154 PC.

Case below: 14 N.C. App. 691.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


HUDSON v. STEVENS AND CO.

No. 153 PC.

Case below: 15 N.C. App. 190.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


IN RE ESTATE OF OVERMAN

No. 171 PC.

Case below: 14 N.C. App. 712.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


LINDSTROM v. CHESNUTT

No. 180 PC.

Case below: 15 N.C. App. 15.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.